17-1452

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

AATRIX SOFTWARE, INC.,
Plaintiff-Appellant

v.

GREEN SHADES SOFTWARE, INC.,
Defendant-Appellee

---

NOTICE OF CONSENTS TO FILE CORRESPONDING BRIEFS

The parties hereto have each consented to the filing of corresponding briefs pursuant to Federal Circuit Rule 32(e)(1).

/s/John B. Lunseth II
JOHN B. LUNSETH II
BRIGGS & MORGAN, P.A.
2200 I.D.S. Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8484
jlunseth@briggs.com

Attorney for Plaintiff-Appellant

March 9, 2016